UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL MURR,<br><br>           Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>           Defendant. | No.   1:14-CV-3144-SAB<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The decision of the Commissioner denying benefits is reversed and remanded to the agency for further proceedings consistent with this Court's order entered July 13, 2015.

DATED:  July 13, 2015

                                        SEAN F. McAVOY
                                        Clerk of Court

                                        By: *s/Cora Vargas*
                                              Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE